UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AARON LOVELACE                                                                                    PETITIONER
ADC # 151969

VS.                                      NO. 5:18-CV-00005-JLH/JTR

WENDY KELLEY, Director,
Arkansas Department of Corrections                                                     RESPONDENT

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray have been reviewed, along with the objections (Document #22). After careful consideration and a *de novo* review of the record in this case, the Court concludes that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by Aaron Lovelace is dismissed with prejudice. Document #6. In § 2254 cases, a certificate of appealability may issue only if the petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). As there is no issue on which Lovelace has made a substantial showing of a denial of a constitutional right, a certificate of appealability is denied.

IT IS SO ORDERED this 10th day of September, 2019.

                                                                              _____
                                                                              J. LEON HOLMES
                                                                              UNITED STATES DISTRICT JUDGE