UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AARON LOVELACE         PETITIONER
ADC # 151969

VS.                    NO. 5:18-CV-00005-JLH/JTR

WENDY KELLEY, Director,
Arkansas Department of Corrections         RESPONDENT

## JUDGMENT

Consistent with the Order entered this day, the Petition for Writ of Habeas Corpus filed by Aaron Lovelace is dismissed with prejudice.

IT IS SO ORDERED this 10th day of September, 2019.

                                                J. LEON HOLMES
                                                UNITED STATES DISTRICT JUDGE